ROBERT R. POWELL, ESQ.
DENNIS R. INGOLS, ESQ.
LAW OFFICES OF ROBERT R. POWELL
925 West Hedding Street
San Jose, California 95126
T: 408-553-0200
F: 408-553-0203

Attorneys for Plaintiff
CHARLES WITTMAN III

RECEIVED

06 JUN 23 PH 1: 50

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED

JUN 2 7 2006

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| CHARLES H. WITTMAN III, )<br>        Plaintiff, )<br>v. )<br>SAENZ, et al., )<br>        Defendants. ) | Case No. C02-02893 SI<br><br>SUBSTITUTON OF ATTORNEY<br>FOR PLAINTIFF CHARLES<br>WITTMAN<br><br>Date:<br>Time:<br>Ctrm: 10, 19th Floor<br>Judge: Honorable Susan Illston |

Plaintiff Charles Wittman III hereby substitutes in to this matter as his attorney of record, in the place and stead of himself in pro-per, The Law Offices Of Robert R. Powell, located at 925 West Hedding Street, San Jose, California, 95126. The phone and fax numbers for receipt communications and correspondence with regard to the above-entitled matter are set forth hereinabove.

I consent to the above substitution.

_Charles H. Wittman_ 5/28/06
Charles Wittman III

I accept the above substitution.

_R. Powell_ 5/28/06
Robert R Powell – Attorney for
Charles Wittman III

IT IS SO ORDERED

_Susan Illston_
Susan Illston, Judge
6/27/06
Date

1