IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES WITTMAN III, | No. C 02-2893 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| CALIFORNIA DEPARTMENT OF SOCIAL SERVICES DIRECTOR RITA SAENZ, ET AL., | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER STATUS CONFERENCE: 10/6/06 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is 10/31/06

DESIGNATION OF EXPERTS: 9/22/06; REBUTTAL: 9/22/06.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is 10/31/06.

DISPOSITIVE MOTIONS **SHALL** be filed by 11/10/06;

    Opp. Due 11/27/06;  Reply Due 12/4/06;

    and set for hearing no later than 12/15/06 at 9:00 AM.

PRETRIAL CONFERENCE DATE: 3/6/07 at 3:30 PM.
Pretrial conference materials due no later than 2/20/07.

JURY TRIAL DATE: March 19, 2007 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be five days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The last day to identify other persons subjected to the same treatment described in the Complaint is 10/31/06.

The last day to exchange disclosure documents is 10/31/06.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

...

Dated: 8/4/06

_____
SUSAN ILLSTON
United States District Judge