IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES H. WITTMAN, | No. C 02-2893 SI |
| Plaintiff, | **ORDER RE: DISCOVERY DISPUTE** |
| v. | |
| RITA SAENZ, et al., | |
| Defendants. | |

By letter briefs, the parties seek resolution of a dispute concerning plaintiff's refusal to answer certain questions during his deposition.[1] Plaintiff was asked whether he owned pornography at the time Ms. Tucker's children lived at plaintiff's house in 1999, and plaintiff refused to answer on privacy grounds. Plaintiff answered "yes," when asked, "Are you aware that Daniel told his social worker that he viewed pornography in your home?"

The Court concludes that if the County social workers determined that plaintiff posed a risk to Ms. Tucker's children because, *inter alia*, the children viewed pornography while living at plaintiff's house, then whether plaintiff possessed pornography accessible to the children is relevant. Accordingly, defendants are entitled to explore whether plaintiff possessed pornography accessible to Ms. Tucker's children, and plaintiff is ordered to answer such questions.

**IT IS SO ORDERED.**

Dated: August 4, 2006

SUSAN ILLSTON
United States District Judge

---

[1] The letter briefs are found at Docket Nos. 286 and 287.