ROBERT R. POWELL, ESQ.
DENNIS R. INGOLS, ESQ.
LAW OFFICES OF ROBERT R. POWELL
925 West Hedding Street
San Jose, California 95126
T: 408-553-0200
F: 408-553-0203

Attorneys for Plaintiff
CHARLES WITTMAN III

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | | |
|---|---|---|
| CHARLES H. WITTMAN III, | ) | No. C02-02893 SI |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER RE: |
| | ) | EXPERT DISCLOSURE CUT-OFF |
| v. | ) | DATES |
| | ) | |
| SAENZ, et al., | ) | |
| | ) | Judge: Honorable Susan Illston |
| Defendants. | ) | |

The parties hereto, in consultation with their respective counsel, and in consideration of the absence from the United States of an intended expert for plaintiff at this time, and the desire of defendant County to obtain and consult with expert(s) of their choosing, the parties stipulate and agree as follows, and request this court order same:

1.       The parties shall have until October 20th, 2006 to exchange expert witness disclosures and reports pursuant to FRCP 26. If the exchange results in a desire of either party to name a rebuttal expert, or supplement the opinion of a previously disclosed expert, the disclosure of any new rebuttal expert must be made by October 31st, 2006, and a report from

1

the newly identified expert, or a supplemental report from an existing disclosed expert, must

be provided to the opposing party and/or counsel no later than November 8th, 2006.

2.      The discovery cut-off for expert depositions is moved to November 17th, 2006, and

the parties and/or their counsel must meet and confer to arrange such depositions promptly

after initial disclosure of experts, and immediately upon the event of either party naming a

new or as-yet-unidentified expert on the November 8th, 2006, date aforesaid.

3.      No other provisions of the prior trial scheduling orders are affected by this

stipulation, and shall remain as calendared.

IT IS SO STIPULATED.

_Melissa Kiniyalocts_        9/1 /06        _R R Powell_        9/2-/06
Melissa Kiniyalocts                          Robert R. Powell
Attorney for Defendants                      Attorney for Plaintiff

### ORDER

Based on the foregoing stipulation of the parties, and good cause appearing therefore,

the court hereby adopts the stipulation of the parties as an order of this court.

**IT IS SO ORDERED.**

_Susan Illston_

_____        9/  /06
Judge Susan Illston
U.S. District Court – Northern Dist.
San Francisco Division

2