IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES H. WITTMAN, | No. C 02-02893 SI |
| Plaintiff, | **ORDER RE: DISCOVERY DISPUTE** |
| v. | |
| RITA SAENZ, et al., | |
| Defendants. | |

By letter briefs, the parties have submitted a discovery dispute to the Court for resolution.[1] Plaintiff seeks permission to exceed the 10 deposition limit, and states that "at this time" he would like to take up to 35 depositions, primarily of County social workers. Plaintiff also wishes to reserve the possibility of additional depositions beyond 35 if he deems it necessary. Plaintiff contends that these depositions are necessary in order to demonstrate that the County had a custom under *Monell*. Based on the discovery conducted thus far, plaintiff states he expects that each depositions will last an hour or less.

Defendant's letter brief does not specifically address the numerical limitation, but rather states that plaintiff has not provided sufficient information about why the depositions are sought. With respect to the social workers, defendant asserts that plaintiff should be required to provide the case name of the juvenile dependency matter at issue for each social worker he seeks to depose; however, also according to defendant, plaintiff's counsel has informed defendant that he does not intend to ask social workers about specific facts of juvenile dependency proceedings.

---

[1] The letter briefs are found at Docket Nos. 293 and 294.

The Court GRANTS plaintiff's request as follows: plaintiff may take up to 30 depositions, provided those depositions (1) are limited to an hour or less, and (2) to the extent plaintiff wishes to question social workers about particular juvenile dependency proceedings, plaintiff must meet and confer with defendant and inform defendant of the juvenile court case names or case numbers, and also allow defendant time prior to the depositions to petition the juvenile court for disclosure of the relevant juvenile court records. Further, whether or not plaintiff intends to question social workers about specific dependency cases, plaintiff must provide defendant notice of the general issues that will be the subject of the depositions in order to allow the deponents to fairly prepare for their depositions. Finally, plaintiff shall provide defense counsel with copies of all subpoenas that have been served on social workers in this case.

**IT IS SO ORDERED.**

Dated: September 15, 2006

SUSAN ILLSTON
United States District Judge