

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RELATED CASE ORDER

A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed case(s) that I have initialed below are related to the case assigned to me, and such case(s) shall be reassigned to me. Any cases listed below that are not related to the case assigned to me are referred to the judge assigned to the next-earliest filed case for a related case determination.

C 02-02893 SI       Wittman v. Saenz et al

C 05-03308 SI       Chambers v. Santa Clara County et al

I find that the above case is related to the case assigned to me. _____

C 06-05689 RS       Chambers v. Santa Clara County et al

I find that the above case is related to the case assigned to me. _____

ORDER

Counsel are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures and report required by FRCivP 16 and 26 accordingly. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

Dated: 10/11/06    _____
Judge Susan Illston

Dated: 10/11/06    _____
Judge Susan Illston

-1-

## CLERK'S NOTICE

The court has reviewed the motion and determined that no cases are related and no reassignments shall occur.

Richard W. Wieking, Clerk

DATED: _____          By: _____
                                      **Deputy Clerk**

## CERTIFICATE OF SERVICE

I certify that on the date stated below, I lodged a copy of this order with each judicial officer and I mailed a copy to each counsel of record or *pro se* party in the cases listed above.

Richard W. Wieking, Clerk

DATED: 10/11/06

By: _____
Deputy Clerk

Copies to:  Courtroom Deputies
            Case Systems Administrators
            Counsel of Record
Entered into Assignment Program: _____ (date)

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

WITTMAN,

        Plaintiff,

v.

SAENZ et al,

        Defendant.

Case Number: CV02-02893 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 11, 2006, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Charles H. Wittman, III
17230 Buena Vista Av, Rear
Los Gatos, Ca 95030

Michael Rossi
County Government Center
East Wing
70 West Hedding Street
Ninth Floor
San Jose, CA 95110-1705

Dated: October 11, 2006

Richard W. Wieking, Clerk
By: Tracy Sutton, Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CHAMBERS et al,

        Plaintiff,

v.

SANTA CLARA COUNTY et al,

        Defendant.
_____/

Case Number: CV05-03308 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 11, 2006, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Daniel E Chambers
600 Wedell Drive #25
Sunnyvale, CA 94089

Melissa Kiniyalocts
Office of the County Counsel
70 West Hedding, East Wing, 9th Floor
San Jose, CA 95110

**Mark P. Edson**
Winters, Krug & Delbon
345 Lorton Avenue, Suite 101
Burlingame, CA 94010-4133

Dated: October 11, 2006

                                      Richard W. Wieking, Clerk
                                      By: Tracy Sutton, Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JASON M. CHAMBERS,

    Plaintiff,

v.

SANTA CLARA COUNTY, ET AL et al,

    Defendant.
    _____/

Case Number: CV06-05689 RS

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 11, 2006, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jason Chambers
#25
600 Weddell Drive
Sunnyvale, CA 94089

Dated: October 11, 2006

          Richard W. Wieking, Clerk
          By: Tracy Sutton, Deputy Clerk